IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY H. SCHIFF AND MARK FISHER, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-1109-M |
| | § | |
| JAMES WARD JR., DANE D. KOLLER AND EDWIN E. CASTILLO, | § § | |
| | § | |
| Defendants. | § | |

### DEFAULT JUDGMENT AGAINST DEFENDANT DANE D. KOLLER

TO THE HONORABLE JUDGE OF SAID COURT:

On this date, came on to be heard Plaintiffs' Motion for Entry of Final Default Judgment against Defendant Dane D. Koller ("Koller"). Defendant Koller, although having been duly and legally summoned to appear and answer, failed to appear and answer, and is in default.

The Court, having read the pleadings and other papers on file, finds that: (1) a summons was served on Koller according to law, and returned to the Clerk of Court, where it remained on file as required by law; (2) the allegations of Plaintiffs' Original Complaint against Koller are deemed admitted and the causes of action against him have been proven; (3) based on the evidence before the Court, Plaintiffs are entitled to recover, as rescission, the value of one and-a half Bitcoin (1.5) of $64,716.12; (4) Plaintiffs are entitled to recover from Koller their reasonable and necessary attorney's fees and costs in the total amount of $33,798.50, plus appellate fees, as outlined below; (5) Plaintiffs are entitled to pre-judgment interest at a rate of 6%, calculated from the date of filing, and post-judgment interest at the rate of 0.69% from the date of this Judgment until paid in full; and (6) Plaintiffs are entitled to such other and further

relief, including any and all writs necessary to collect any and all amounts due and owing to which Plaintiffs may be justly entitled.

It is, therefore ORDERED, ADJUDGED and DECREED that Defendant Koller must:

1. Pay to Plaintiffs $33,798.50 in total reasonable and necessary attorneys' fees and taxable court courts, plus additional appellate fees of:

    a. $31,350 in the event this case is appealed to the Fifth Circuit Court of Appeals;

    b. $10,000 in the event this case is appealed to the United States Supreme Court, to allow Plaintiffs to respond to a Petition for Certiorari; and

    c. $15,000 in the event a Petition for Certiorari to the United States Supreme Court is granted, and Plaintiffs have to incur attorneys' fees to brief the merits of the case and prepare for oral argument.

2. Pay to Plaintiffs pre-judgment interest in the amount of $329.78, calculated pursuant to § 304.003 of the Texas Finance Code, which applies to state claims brought under the Texas Securities Act, and is calculated at a simple rate of 6% of $64,716.12 commencing on May 17, 2021 and

3. Pay to Plaintiffs post-judgment interest, from the date of this Judgment at a rate of 0.69%, compounded annually.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Plaintiffs are allowed all such writs and processes as may be necessary for the enforcement and collection of this Judgment.

All relief not expressly granted herein is denied.

SIGNED on February 2, 2022.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**