## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| BOBBY H. SCHIFF AND MARK FISHER, | § § § | |
| Plaintiffs, | § § § | |
| | § | Civil Action No. 3:21-CV-01109-M |
| | § | |
| JAMES WARD JR., DANE D. KOLLER AND EDWIN E. CASTILLO, | § § § | |
| | § | |
| Defendants. | § | |

### FINAL DEFAULT JUDGMENT AGAINST DEFENDANT DANE D. KOLLER

On February 28, 2022, came on to be heard Plaintiffs Bobby H. Schiff and Mark Fisher (collectively, the "Plaintiffs") Motion for Entry of Final Default Judgment against Defendant Dane D. Koller ("Defendant Koller"). Defendant Koller, although having been duly and legally cited to appear and answer, failed to appear and answer and has wholly made default.

The Court, having read the pleadings and papers on file, having considered the evidence submitted by Plaintiffs and argument made by counsel at the hearing, finds that: (1) a summons was served on Koller according to law and returned to the Clerk of the Court, where it remained on file for the time required by law; (2) the allegations of Plaintiffs' Original Complaint against Koller are deemed admitted and the causes of action against him have been proven; (3) based on the pleadings, evidence before the Court and the requested remedy of recission pursuant to sections 4008.051 and 4008.052 of the Texas Government Code, Plaintiffs are entitled to recover from Defendant Koller one-and-a half Bitcoin (₿1.5), (4) Plaintiffs are entitled to recover from Defendant Koller their reasonable and necessary attorney's fees and costs in the total amount of $33,798.50, plus appellate fees, as outlined below; (5) that Plaintiffs are entitled to such other and

further relief including any and all writs necessary to collect any and all amounts due and owing which Plaintiffs may be justly entitled. It is therefore:

ORDERED, ADJUDGED and DECREED that Defendant Koller return to Plaintiffs one-and-a half Bitcoin (₿1.5), including providing Plaintiffs with any wallet information required to access and transfer to Plaintiffs one-and-a half Bitcoin (₿1.5). It is further

ORDERED, ADJUDGED and DECREED that Defendant Koller must pay to Plaintiffs $33,798.50 in total reasonable and necessary attorneys' fees and taxable court courts, plus appellate fees of:

a. $31,350 in the event this case is appealed to the Fifth Circuit Court of Appeals;

b. $10,000 in the event this case is appealed to the United States Supreme Court and to allow Plaintiffs to respond to a Petition for Review to the United Supreme Court;

c. and $15,000 in the event the Petition for Review to the United States Supreme Court is granted and Plaintiffs have to incur attorneys' fees to brief the merits of the case and prepare for oral argument; it is further

ORDERED, ADJUDGED and DECREED that Plaintiffs are allowed all such writs and processes as may be necessary for the enforcement and collection of this Final Default Judgment.

All relief not expressly granted herein is denied.

**SO ORDERED**.

April 1, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE